■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ROMAN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (O'Dwyer, J.), rendered June 30, 1986, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed. .

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]). The conflicting testimony adduced at trial merely created an issue of credibility which was resolved by the jury *(People v Shapiro,* 117 AD2d 688).

Finally, we have reviewed the defendant's remaining argument concerning the alleged excessiveness of his sentence, and find it to be without merit *(People v Suitte,* 90 AD2d 80). Mangano, J. P., Bracken, Kunzeman and Eiber, JJ., concur.